WR-83,035-01,02,03,04

The State of Texas                                In The District Court
vs.                                               Red River County

Robert Lynn McCarver                              6th Judicial Dist.

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 16 2015

Abel Acosta, Clerk

Writ Number:

        Cro 1215- HC1                    MOTION DENIED
                                         DATE: 11-20-15
        Cro 1228- HC1                    BY: pc
        Cro 1229- HC1
        Cro 1260 HC1

## Motion for Extension
## of Time

On Friday November 6 2015 the finding of fact and Pro-
Posed Conclusion of law reached the Telford Unit mailroom.
It was sent to the Bill Clements Unit. Petitioner is on the
Telford Unit in New Boston Texas.

        Petitioner desires to file a response to the finding of fact
and Conclusion of Law. Petitioner seeks the Court to Grant a
30 day extention for this Purpose. There has not been requested
a Motion for Extention of Time by Petitioner in this matter.

Petitioner would also request the record to reflect his current address at Telford Unit 3899 st. Hwy 98 New Boston Texas 75570

## Prayer

Petitioner does hereby Pray that this Court Grant This Motion for Extention of Time.

Respectfully submitted

Robert M° Cm
Robert Lynn McCarver 1824693
Telford Unit
3899 st Hwy 98
New Boston Tx 75570